Franklin Allen ROWE *v.* STATE of Arkansas

CR 94-261                                        874 S.W.2d 375

Supreme Court of Arkansas
Opinion delivered May 9, 1994

*Gene O'Daniel*, for appellant.

No response.

PER CURIAM. We treat this motion for rule on the clerk as a motion for a belated appeal. Appellant filed his notice of appeal on October 7, 1993, whereas the judgment was not entered until December 21, 1993. Under our rules the notice of appeal was of no effect. Ark. R. App. P. 4; *Kelly* v. *Kelly*, 310 Ark. 244, 835 S.W.2d 249 (1991).

We grant the motion for a belated appeal and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct.